**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-01616-CV

**LONE STAR ENGINE INSTALLATION CENTER, INC., ET AL., Appellants**

**V.**

**BRENDA GONZALES, ET AL., Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15035**

## ORDER

Before the Court is appellants' April 20, 2015 motion for an extension of time to file a brief requesting an extension to May 15, 2015. The clerk's record was filed on April 21, 2015. Appellants' brief is due on **MAY 21, 2015**. *See* TEX. R. APP. P. 38.6(a)(1). Accordingly, we **DENY** appellants' motion as moot.

/s/     ELIZABETH LANG-MIERS
         JUSTICE